IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TONI GILLESS,

    Plaintiff,

v.     No. 2:17-cv-931-MV-KRS

SUN LIFE ASSURANCE
COMPANY OF CANADA,

    Defendant.

# ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court *sua sponte* to consider Plaintiff's failure to file the parties' Joint Status Report and Provisional Discovery Plan ("JSR") by November 29, 2017, as mandated by the Court's Initial Scheduling Order [Doc. 9]. Having so considered, the Court FINDS and CONCLUDES that **on or before Monday, December 4, 2017**, **at 12:00 p.m.**, Plaintiff shall file the parties' JSR or show cause why she is unable to comply with this order.

    **IT IS SO ORDERED.**

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE