IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TONI GILLESS,

        Plaintiff,

vs.                                                                                CASE NO.: 2:17-CV-931-MV-KRS

SUN LIFE ASSURANCE COMPANY
OF CANADA,

        Defendant.

## ORDER GRANTING MOTION TO VACATE STATUS CONFERENCE

THIS MATTER, having come before the Court upon the Plaintiff's Motion to Vacate Status Conference, and it being stated that Defendant concurs in the filing of said Motion, and the Court having read the Motion and being fully advised in the premises finds that there is good cause for granting said Motion.

IT IS HEREBY ORDERED that the Status Conference set for Monday, March 5, 2018 is hereby vacated.

IT IS SO ORDERED.

                                                                               _____
                                                                               HONORABLE KEVIN R. SWEAZEA
                                                                               UNITED STATES MAGISTRATE JUDGE