# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

TONI GILLESS,

          Plaintiff,

vs.                                                    CIVIL NO.: 2:17-cv-00931-MV-KRS

SUN LIFE ASSURANCE COMPANY
OF CANADA,

          Defendant.

## ORDER OF DISMISSAL

This matter is before the Court on the parties' Stipulation of Dismissal [Docket #25]. The Court, having reviewed said Stipulation and being duly advised, now APPROVES same.

IT IS THEREFORE ORDERED that this cause of action is hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated: April 12, 2018.

_____
MARTHA VAZQUEZ
UNITED STATES DISTRICT JUDGE

Approved

*/s/ Jeffrey B. Diamond*
Jeffrey B. Diamond
JEFF DIAMOND LAW FIRM
P.O. Box 1866
Carlsbad, NM 88221-1866
Ph.: (575) 885-3500
jdiamond@jeffdiamondlawfirm.com

*ATTORNEYS FOR PLAINTIFF*

*/s/Stanley K. Kotovsky, Jr.*
Stanley K. Kotovsky, Jr.
TINNIN LAW FIRM
P.O. Box 25207
Albuquerque, NM 87125
Ph.: (505) 768-1500

and

Mark E. Schmidtke
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
56 S. Washington St., Suite 302
Valparaiso, IN 46383
Ph.: (219) 242-8668
*ATTORNEYS FOR DEFENDANT*